**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**BAY CITY DIVISION**

| | |
|---|---|
| **DAVID HORNER,**<br><br>**Plaintiff,**<br><br>**-v-**<br><br>**ASSUREHIRE, INC.,**<br><br>**Defendant.** | **Civil Case Number: 1:24-cv-11466-TLL-PTM** |

# NOTICE OF SETTLEMENT

The undersigned counsel for Plaintiff hereby provides notice to the Court that this matter has been settled as to all of Plaintiff's claims against Defendant in this action. The parties anticipate that the performance of the terms of the settlement agreement will be completed within sixty (60) days of the date of this notice, at which time, the Plaintiff shall file a Stipulation of Dismissal with prejudice. It is respectfully requested that the matter be stayed for sixty (60) days to allow the parties to fully execute the settlement.

Dated: April 3, 2025

/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
MARCUS & ZELMAN LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Telephone: (732) 695-3282
Email: yzelman@marcuszelman.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **3rd day of April 2025**. Notice of this filing will be sent to all appearing parties by operation of the Court's electronic filing system.

Dated: April 3, 2025

/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.